

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NOS. 02-15-00093-CV
## 02-15-00094-CV
## 02-15-00095-CV

IN THE MATTER OF S.L.T.

-----------

FROM COUNTY COURT AT LAW NO. 1 OF DENTON COUNTY
TRIAL COURT NOS. JV-2014-00246, DH-2014-0616, JV-2014-00509

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered "Appellant's Motion For Voluntary Dismissal." It is the court's opinion that the motion should be granted; therefore, we dismiss the above appeals. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeals shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DELIVERED: April 9, 2015

---

[1]*See* Tex. R. App. P. 47.4.